# EXHIBIT A



1500 Cordova Road, STE 200 * Fort Lauderdale, Florida 33316
A tradition of Excellence since 1969
Knowledge * Integrity * Professionalism

*"Value expresses an economic concept, as such it is never a fact but always an opinion of worth at a given time in accordance with a specific definition of value."*

Jason Dunbar
Cell: 954-805-4924
Email: jason@lukebrown.com

At the request of:
Tyler J. Tanner
Hamilton, Miller & Birthisel, LLP

September 2020



'Bella Sky'

72' Rodriguez Boats, Western Rigged Stern Trawler built in 1977

I.   **Assignment:** Appraise the March 2020 fair market value (FMV) of Bella Sky, 72' Rodriguez Fishing Trawler

II.  2020 Fair Market Value: $194,000

III. Method of appraisal:
   1. The 2017 purchase survey provided by Marine Safety Consultants inc.
   2. Photography review of vessel and description of vessels condition from Owner/ Capt Dwyer via telephone interview on 9/15/2020
   3. The actual 2017 sale price of $240,000 less the probable 3 year depreciation rate of 3% annual = 9% ($240,000 -9% =$218,000)
   4. 2020 asking prices of comparable vessels for sale on the Athearn Marine Agency's multiple listing system of $250,000 less the 12% probable difference between asking price and selling price.  ($250,000-12%= $220,00)
   5. 2020 asking prices of comparable vessels for sale on the yachtworld commercial vessel multiple listing system of $164,000 less the 12% probable difference between asking price and selling price. ($164,000- 12% = $144,000)

1

IV.     Summary:

Bella Sky was purchased in 2017 by Capt Dwyer, and subsequently used for commercial purposes for the next 3 years. According to the owner/captain, the vessel has had standard maintenance applied and where bad steel was located, it has been replaced. The vessel has no reported history of structural damage.

The approach to assessment is an average of the probable depreciated value, and probable selling price of like kind vessels on the secondhand market.

My opinion of the value of the Bella Sky is based on an understanding of the current market for the sale and purchase of second hand vessels.

In order for a fishing vessel to be considered valuable or indeed sellable without permits, she must be maintained with good standards of seamanship and supported by a sensible budget. If either of these elements is not in place, then the value of the yacht will rapidly diminish. The owner/ captain gave no indication the vessel suffered from poor seamanship or budget restraints.

According to the Owner/Captain, Bella Sky has been extensively fished. The photography shows signs of average exterior wear and tear on the decks, hull paint, running rigging, and machinery. This appraisal takes the assumption said vessel is in average condition for a 43-year-old commercial fishing vessel.
The appraisal is for the vessel without permits.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sincerely,

Jason Dunbar
Luke Brown Yachts broker since 1996
Past IYBA Board Member
Past MIASF Board Member
USPAP Certified
Certified Professional Yacht Broker
USCG Licensed Capt. 1993-2016