# EXHIBIT B

**Prepare. Protect. Prevail.®**

THE
HARTFORD

Business Insurance
Employee Benefits
Auto
Home

September 15, 2020

## LETTER OF UNDERTAKING

Clerk of Court
United States Courthouse
District of Massachusetts

> Re:    In the matter of the Complaint of Bella Sky, LLC, for Exoneration from or
> Limitation of Liability as owner of *F/V BELLA SKY*, a 1977 72' steel hull
> fishing vessel, bearing United States Coast Guard Doc. No. 580932

To Whom It May Concern:

Hartford Fire Insurance Company understands that Philip Bardales may assert claims for personal injuries he allegedly sustained as a result of an incident that he alleges to have occurred on March 8, 2020, while working as a crew member onboard *F/V BELLA SKY*, a 1977 72' steel hull fishing vessel, bearing United States Coast Guard Doc. No. 580932 (the "Vessel") that was owned by Bella Sky, LLC ("Petitioner"), while the Vessel was on navigable waters of the United States (the "Incident").

In response to Philip Bardales's allegations, the Petitioner has filed an action for exoneration from or limitation of liability, as owner of the Vessel in the United States District Court for the District of Massachusetts.

Pursuant to Rule F of the Supplemental Rules for Admiralty or Maritime Claims "a sum equal to the amount or value of the Petitioners' interest in the vessel and pending freight, or approved security therefore" must be deposited with the Court at a rate of six percent (6%) per annum from the date of the security.  Rule F(1).

Now, in consideration of the mandates of Rule F(1) and to secure the claims for the benefit of any claimants to the above-referenced action, we Hartford Fire Insurance Company, as insurer for Petitioner pursuant to policy of insurance No. 14OMNI2734, hereby agree that:

1) In the event that a final judgment, not subject to appeal, be entered against Bella Sky, LLC, as owner of the Vessel, or against the vessel *in rem,* then the undersigned agrees to pay and satisfy the final judgment, plus interest at 6% from the date of filing the Complaint for Exoneration From or Limitation of Liability, and costs, up to and not exceeding **One Hundred Ninety Four Thousand and No/100 Dollars ($194,000.00)**. This agreement to pay is without prejudice to any Claimant to obtain a judgment against the Petitioner or the Vessel in any amount that any Claimant may obtain. This

Page 2

Letter of Undertaking does not diminish any Claimant's rights to collect any judgment against the Petitioner or the Vessel. This Letter of Undertaking is written entirely without prejudice to any rights or defenses which the Vessel or Petitioner may have, none of which is to be regarded as waived.

2) Upon Court order, we agree to cause to be filed a bond in form and sufficiency with a surety satisfactory to the Court in the above amount securing any claim against the Petitioner or the Vessel in the above referenced case. In the event the bond referred to above is filed, Hartford Fire Insurance Company shall have no further responsibility under this Letter of Undertaking.

3) The rights of all parties shall stand and be exactly the same as they would have been had the funds been deposited with the court in the form of cash.  We reserve all rights, defenses, and objections to contest such claims which may be filed in the limitation action.

4) Hartford Fire Insurance Company may be served with notice of amounts due under this Letter of Undertaking by serving Michael Daly at Pierce Atwood, LLP's Boston office during regular business hours. Should any dispute arise in respect of any demand for payment under this Letter of Undertaking, it is hereby agreed that such dispute may be referred for resolution to the above referenced Court. This provision shall apply only to this Letter of Undertaking and shall not be construed as a general waiver of any rights of Hartford Fire Insurance Company or the general appointment of any agent for service of process.

Very Truly Yours,

Monte R. Larsen
Marine General Adjuster
Hartford Fire Insurance Company

Page 3

STATE OF _Kentucky_

COUNTY OF _Jefferson_

On this _15_ day of September, 2020, before me, a notary in and for the State and County aforesaid, personally appeared **Monte R. Larsen**, who is personally known to me or has produced his Kentucky Driver's License as identification, in his capacity as Attorney-in-Fact for Hartford Fire Insurance Company, the company that executed the foregoing Letter of Undertaking, and acknowledged the said Letter of Undertaking to be the free and voluntary act and deed of said company, for the uses and purposes therein mentioned, and on oath stated that he was authorized to execute said instrument.

IN WITNESS THEREFORE, I have hereunto set my hand and official seal, this day and year first written above.

_Caitlin e edwards_
Notary Public

Notary Registration Number: _IDKYNP1903_

My Commission Expires: _02.03.2024_

CAITLIN E. EDWARDS
Notary Public
Kentucky-State at Large
Notary ID: KYNP1903
My Commission Expires February 3, 2024

Page 4

## POWER OF ATTORNEY

KNOWN ALL MEN BY THESE PRESENTS: That Hartford Fire Insurance Company ("the Company") does hereby make, constitute and appoint:

### Paul McNamara

Of Lexington, Kentucky its true and lawful Attorney-in-Fact, to sign, execute, seal, bind and acknowledge, on behalf of the Company, the Letter of Undertaking by the Company, on behalf of Bella Sky, LLC in connection with the Limitation of Liability action referenced therein and filed in the United States District Court

IN WITNESS WHEREOF, the Company has caused this instrument to be signed the ___ day of September 2020.

### Hartford Fire Insurance Company

By  *Paul McN*
**Paul McNamara**

**VP Claims**
**Hartford Fire Insurance Company**

STATE OF *New Jersey*
COUNTY OF *Monmouth*

On this *16th* day of September, 2020, before me, a notary in and for the State and County aforesaid, personally appeared **Paul McNamara** who acknowledged himself to be the **VP Claims** of **Hartford Fire Insurance Company** and that he, as such, being authorized so to do, executed the foregoing instrument for the purposed of authorizing Monte R. Larsen to sign as Power of Attorney on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS THEREFORE, I have hereunto set my hand and official seal, this day and year first written above.

Notary Public

Notary Registration Number:   _____

My Commission Expires:   _____



ALEASHA Y JAMES
NOTARY PUBLIC, NEW JERSEY
MONMOUTH COUNTY, COMM# 50108829
COMMISSION EXPIRES ON JULY 23, 2024