# EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BELLA SKY, LLC, FOR EXONERATION FROM OR LIMITATION OF LIABILITY AS OWNER OF F/V BELLA SKY, A 1977 72' STEEL HULL FISHING VESSEL, BEARING USCG DOCUMENTATION NO. 580932 | : : : : C.A NO.: 1:20-cv-11719-GAO : : : : |

### NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is given that the above named Petitioner has filed a Complaint, pursuant to 46 U.S.C. § 30501 *et seq.*, for Exoneration from or Limitation of Liability for all claims for any damages or injuries, arising out of, or occurring as a result of, an incident on the navigable waters of the United States, wherein a 1977 72' steel hull fishing vessel, bearing United States Coast Guard Doc. No. 580932, was involved in a marine incident on or about March 8, 2020, as more fully described in the Petition for Exoneration from Limitation of Liability.

All persons having such claims must file their respective claims, as provided by Supplemental Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of Court in writing and must serve a copy thereof on attorneys for Petitioners, Michael J. Daly, Esq., Pierce Atwood LLP, One Financial Plaza, 26th Floor, Providence, RI 02903, **on or before** _____ or be defaulted. Personal attendance is not required.

- 2 -

Any claimant who desires to contest either the right to Exoneration from or the right to Limitation of Liability shall file and serve on attorneys for Petitioners an answer to the Complaint, on or before the aforesaid date, unless the claim includes an answer, so designated, or be defaulted.

DONE AND ORDERED this \_\_\_\_ day of _____, 2020.

_____
United States District Judge
District of Massachusetts
By Deputy Clerk

Copies provided to:
Counsel for Petitioners