# EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF BELLA SKY, LLC, FOR EXONERATION FROM OR LIMITATION OF LIABILITY AS OWNER OF F/V BELLA SKY, A 1977 72' STEEL HULL FISHING VESSEL, BEARING USCG DOCUMENTATION NO. 580932 | : : : : C.A NO.: 1:20-cv-11719-GAO : : : : |

**MONITION AND INJUNCTION**

TO THE MARSHAL OF THE UNITED STATES OF AMERICA FOR THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

WHEREAS, a Complaint for Exoneration From or Limitation of Liability was filed in the United States District Court of the District of Massachusetts on September 18, 2020, by Petitioners BELLA SKY, LLC, as owner of *F/V BELLA SKY*, a 1977 72' steel hull fishing vessel, bearing United States Coast Guard Doc. No. 580932 ("the Vessel"), claiming the benefit of exoneration from or limitation of liability according to law and as provided in 46 U.S.C. §30501 *et seq.* and Supplemental Rule F, and the statutes supplemental thereto and amendatory thereof, and also contesting liability independently of the limitation of liability claimed in said Petition for any loss, damage or injury arising out of or occurring on or about March 8, 2020, as described in the Petition for Exoneration from or Limitation of Liability, and said Petition also stating the facts and circumstances upon which said exoneration from or limitation or liability is claimed, and Letter of Undertaking, dated September 15, 2020, executed for no more than the amount of

One Hundred Ninety Four Thousand Dollars ($194,000.00) with interest thereon at six percent (6%) per annum having been filed herein, and

WHEREAS, this Court has Ordered that said Letter of Undertaking is approved and shall stand as security for all claims against Petitioners and the Vessel in this proceeding, and

WHEREAS, this Court has Ordered that Monitions issue out of and under the seal of this Court against all persons claiming damages for any and all loss, damage or injury arising out of or occurring on or about March 8, 2020, on navigable waters of the United States as described in the Petition for Exoneration from or Limitation of Liability, citing them to appear before and to file their claims with the Clerk of this Court in writing and under oath, and to serve copies thereof upon attorneys for the Petitioner **on or before _____, 2020**, and directing that any such persons, or their representatives, claiming damages as aforesaid who shall desire to contest the claim of Petitioners, shall answer said Petition, and

WHEREAS the Petitioners seeks protection against suits outside of this limitation proceeding as permitted by 46 U.S.C. § 30501 *et seq.*, and Supplemental Rule F, and the Court having granted an injunction against such suits,

YOU ARE, THEREFORE, COMMANDED to cite all persons claiming damages for any and all loss, damage, injury, and destruction arising out of or occurring on or about March 8, 2020, in the navigable waters of the United States as described in the Petition for Exoneration from or Limitation of Liability, to

appear before this Honorable Court and to file their claims with the Clerk of this Court in writing and under oath, and to serve copies thereof upon Michael Daly of PIERCE ATWOOD, LLP, Attorneys for Petitioners, One Financial Plaza, 26th Floor, Providence, RI 02903 **on or before _____, 2020**, and if any such persons or their personal representatives shall desire to contest the claims of Petitioners, to file an Answer to said Petition for Exoneration from or Limitation of Liability on or before the said date, or within such further time as this Court may grant, and to have such other and further relief as may be due them.

AND what you have done in the premises do you then make return to this Court together with this Writ.

Dated this \_\_\_\_ day of _____, 2020.

_____
Clerk, United States District Court
District of Massachusetts

Copies furnished to:
Counsel of record